# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00454-CV

### D. J. and A. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 312,083-B, THE HONORABLE ALAN MAYFIELD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

On February 11, 2021, this Court ordered that appellant D.J.'s document titled "Motion for Rehearing," received by the Clerk on February 8, 2021, be construed as a combined appellant's brief and motion for extension of time to file an appellant's brief. The same day, this Court granted the motion for extension of time and directed the Clerk to file the document as D.J.'s appellant's brief. The Court's order also stated that if appellee Department of Family and Protective Services (the Department) chose to file an appellee's brief in response, it should file its brief by February 22, 2021.

On February 22, 2021, the Department moved for an extension of this briefing deadline to March 15, 2021. The Rules of Judicial Administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in

granting extensions.  Here, the relevant 180-day deadline is March 3, 2021.  In this instance, we grant the motion in part and extend the Department's deadline to file an appellee's brief, if any, in response to D.J.'s appellant's brief no later than February 25, 2021.  If the brief is not filed by that date, the Court may proceed to dispose of this appeal without the referenced appellee's brief.

It is so ordered on February 23, 2021.


Before Justices Goodwin, Triana, and Kelly